No. 219. BAXSTROM *v.* HEROLD, STATE HOSPITAL DIRECTOR. Ct. App. N. Y. (Certiorari granted, 381 U. S. 949.) Motion of respondent for leave to file brief after argument granted. *Louis J. Lefkowitz,* Attorney General of New York, *Ruth Kessler Toch,* Acting Solicitor General, and *Anthony J. Lokot,* Assistant Attorney General, on the motion.

No. 368. A BOOK NAMED "JOHN CLELAND'S MEMOIRS OF A WOMAN OF PLEASURE" *v.* ATTORNEY GENERAL OF MASSACHUSETTS. Appeal from Sup. Jud. Ct. Mass. (Probable jurisdiction noted, *ante,* p. 900.) Motion for leave to file supplemental brief by Citizens for Decent Literature, Inc., as *amicus curiae,* denied. *Charles J. Keating, Jr.,* and *James J. Clancy* on the motion. *Charles Rembar* for appellant in opposition.

No. 535. UNITED STATES *v.* CATTO ET AL. C. A. 5th Cir. (Certiorari granted, *ante,* p. 925.) Motions of respondents to remove case from summary calendar granted and a total of one and one-half hours is allotted for oral argument. *Ben F. Foster* for Catto et al., and *Claiborne B. Gregory* for Wardlaw et al., respondents, on the motions.

No. 657. BROOKHART *v.* OHIO. Sup. Ct. Ohio. (Certiorari granted, *ante,* p. 810.) Motion of petitioner to substitute Martin A. Janis, Director of the Ohio Department of Mental Hygiene and Correction, as party respondent in place of the State of Ohio granted. *Lawrence Herman* on the motion.

No. 711. UNITED STATES *v.* KALISHMAN, TRUSTEE IN BANKRUPTCY. C. A. 8th Cir. The respondent is invited to file a brief expressing his views, as *amicus curiae,* in No. 650.